UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL LOPEZ,<br><br>    Plaintiff,<br>vs.<br><br>817 BROADWAY OWNER LLC and<br>P12 NEW YORK LLC,<br><br>    Defendants. | Case No. 24-cv-02379-KPF |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AGAINST DEFENDANTS 817 BROADWAY OWNER LLC AND P12 NEW YORK LLC

Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants, 817 BROADWAY OWNER LLC and P12 NEW YORK LLC.

June 11, 2024

Respectfully submitted,

*/s/ Jennifer E. Tucek, Esq.*
Law Office of Jennifer Tucek, PC
   *Attorney for Plaintiff*
Bar No. JT2817
315 Madison Avenue, #3054
New York, N.Y. 10017
(917) 669-6991
TucekLaw@Gmail.com

1